Brandon D. Minde, Esq. (Attorney ID No.: 027972004)
Dughi, Hewit & Domalewski, P.C.
340 North Avenue East
Cranford, New Jersey 07016
Ph: (908) 272-0200
Fax: (908) 272-0909
Attorneys for Defendant,
Lizbeth Rosa Almonte

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 26-MJ-15237-SDA-1 |
| vs. | MOTION TO MODIFY CONDITIONS OF RELEASE |
| LIZBETH ROSA ALMONTE | |

**PLEASE TAKE NOTICE** that Brandon D. Minde, Esq., of Dughi, Hewit & Domalewski, P.C., appearing on behalf of Defendant, Lizbeth Rosa Almonte, moves for an Order to Modify Conditions of Release.

**PLEASE TAKE FURTHER NOTICE** that, U.S. Pretrial Services supports and consents to the requested modification, and Assistant U.S. Attorney Benjamin D. Bleiberg does not object to the modifications, as described in the proposed order, which the undersigned shall rely on in support of the motion.

A proposed form of Order is attached hereto.

Respectfully submitted,

**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Attorneys for Defendant, Lizbeth Rosa Almonte

*/s/ Brandon D. Minde*

Dated: October 14, 2026

Brandon D. Minde, Esq.

Brandon D. Minde, Esq. (Attorney ID No.: 027972004)
Dughi, Hewit & Domalewski, P.C.
340 North Avenue East
Cranford, New Jersey 07016
Ph: (908) 272-0200
Fax: (908) 272-0909
Attorneys for Defendant,
Lizbeth Rosa Almonte

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 26-MJ-15237-SDA-1 |
| vs. | |
| LIZBETH ROSA ALMONTE | ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having been opened to the Court on application of Brandon D. Minde, Esq., attorney for the defendant, Lizbeth Rosa Almonte, for a modification to the October 7, 2026 Consent Order Setting Conditions of Release (Doc.6). Defendant is requesting permission to participate in Mental Health testing and/or treatment as directed by Pretrial Services.

U.S. Pretrial Services supports and consents to the requested modification, Assistant U.S. Attorney Benjamin D. Bleiberg does not object to the above modification, and the Court having considered the application and good cause having been shown,

IT IS on this day of October, 2026,

ORDERED that the Consent Order Setting Conditions of Release, dated October 7, 2026, is modified to permit the defendant to participate in Mental Health testing and/or treatment as directed by Pretrial Services.

________________________________________
The Honorable Stacey D. Adams, U.S.M.J.

Brandon D. Minde, Esq. (Attorney ID No.: 027972004)
Dughi, Hewit & Domalewski, P.C.
340 North Avenue East
Cranford, New Jersey 07016
Ph: (908) 272-0200
Fax: (908) 272-0909
Attorneys for Defendant,
Lizbeth Rosa Almonte

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>LIZBETH ROSA ALMONTE | Case No.: 26-MJ-15237-SDA-1<br><br>CERTIFICATION OF SERVICE |

I hereby certify that I caused the Defendant's Notice of Motion, and a proposed order to be filed through the ECF system and notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

**DUGHI, HEWIT & DOMALEWSKI, P.C.**
Attorneys for Defendant, Lizbeth Rosa Almonte

*/s/ Brandon D. Minde*

Brandon D. Minde, Esq.

Dated: October 14, 2026